■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE LOPEZ, Appellant.—Judgment, Supreme Court, New York County (Albert P. Williams, J.), rendered May 9, 1991, convicting defendant, after a jury trial, of attempted robbery in the second degree and criminal possession of a weapon in the third degree, and sentencing him, as a second violent felony offender to concurrent terms of 2½ to 5 years, unanimously affirmed.

Contrary to defendant's claim on appeal, his *pro se* speedy trial motion raised no issues of fact and was properly denied. Dismissal of the ill juror was proper *(People v Page,* 72 NY2d 69), as was the court's refusal to submit attempted petit larceny as a lesser offense. Defendant was not deprived of a fair trial by the prosecutor's summation. Concur—Sullivan, J. P., Ellerin, Wallach, Ross and Rubin, JJ.